AO 91 (Rev. 11/11) Criminal Complaint  Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

MAY - 3 2020

David J. Bradley, Clerk of Court

United States of America
v.
(1) Marco Antonio CARDENAS-Vela (a.k.a.- Luis PELON)
(2) Jose CARDENAS-Hernandez (a.k.a.- CHEPO)

Defendant(s)

Case No. B-20-MJ-354

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2, 2020__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 841 & 846 | Conspiracy and Possession with Intent to Distribute approximately 18.5 kilograms of methamphetamine, a schedule 2 controlled substance. |

This criminal complaint is based on these facts:
See attached complaint.

☑ Continued on the attached sheet.

_Complainant's signature_

Brennan D. Brophy, DEA Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 05/03/2020

_Judge's signature_

City and state: Brownsville, TX

Ronald G. Morgan, U.S. Magistrate Judge
_Printed name and title_

B-20-MJ-354

United States
   V.
(1) Marco Antonio CARDENAS-Vela
(2) Jose CARDENAS-Hernandez

## ATTACHMENT – A

### (AFFIDAVIT)

     On February 22, 2019, at approximately 4:00 p.m., in an ongoing joint DEA, HSI, and FBI investigation, Agents were monitoring a GPS ping Geolocater for an unknown subject, later identified as Carlos CRUZ-Longoria. CRUZ-Longoria was observed to be northbound on I-77 traveling towards the Sarita Checkpoint. Based on previous information and traffic patterns observed from the ping Geolocater, Agents believed that CRUZ-Longoria was transporting narcotics northbound from the Rio Grande Valley area. Agents were able to identify the vehicle that CRUZ-Longoria was occupying and placed a "Be on the Lookout" (BOLO) for the vehicle to other law enforcement agencies to be aware. On this same date, at approximately 4:40 p.m., Robstown Police Department marked units, observed the previously identified BOLO for the vehicle, and developed their own probable cause traffic stop (speeding) to make contact with the driver. Officers made contact with the driver, and sole occupant, identified as CRUZ-Longoria, and received consent to search the truck.

     During a search of the vehicle, Officers observed a red hollowed tank on the flatbed of the pickup truck. During further inspection, Officers observed this tank to have a false bottom, and when removed, revealed multiple bundles of suspected narcotics. A field test of the suspected narcotics was conducted and yielded positive results for methamphetamine, totaling approximately 18.5 kilograms of the methamphetamine. During subsequent proffer interviews conducted with CRUZ-Longoria, he identified Marco Antonio CARDENAS-Vela and Jose CARDENAS-Hernandez to be major methamphetamine coordinators working in Matamoros, Tamaulipas, Mexico on behalf of the Cartel Del Golfo (CDG) Cartel. Further identified both subjects as the original coordinators of the 18.5 kgs that were seized on February 22, 2019 from CRUZ-Longoria.

     On May 2, 2020, Both CARDENAS-Vela and CARDENAS-Hernandez crossed into the United States and were detained pending their illegal status in the country. Agents were notified of their crossing, and made subsequent contact with both subjects. During Post-Miranda interviews conducted with CARDENAS-Vela and CARDENAS-Hernandez, both admitted to conspiring together, along with other unknown conspirators, to utilize CRUZ-Longoria and his transportation methods in the past to move approximately 15-20 kgs of methamphetamine at a

time for distribution. Further to include the original load of narcotics originally seized from CRUZ-Longoria seized on February 22, 2019.

_____
*Complainant's Signature*

Brennan Brophy, DEA Special Agent
*Printed Name and Title*

Sworn to before me, and subscribed in my presence,

Date: May 3, 2020,

City and State: Brownsville, Texas

_____
*Judge's Signature*

Ronald G. Morgan, United States Magistrate
*Printed Name and Title*