UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | 1:20-mj-00354-1 |
| | § | |
| MARCO ANTONIO VELA-CARDENAS | § | |

WAIVER OF PRELIMINARY EXAMINATION
AND
WAIVER OF DETENTION HEARING

I, MARCO ANTONIO VELA-CARDENAS, charged in a complaint pending in this District with **conspiracy and possession with intent to distribute approximately 18.5 kilograms of methamphetamine, a schedule 2 controlled substance** in violation of **21 U.S.C. 841 & 846**, and having appeared before this Court and been advised of my rights as required by Rule 5, Fed.R.Crim.P., including my right to have a preliminary examination, do hereby waive my right to a preliminary examination, do hereby waive my right to a preliminary examination.

Further, after taking into consideration the advice of my counsel, I hereby waive my right to the detention hearing scheduled in my case.

I spoke to the defendant regarding his/her right to a preliminary hearing and his right to a detention hearing and he/she agrees to waive the hearing. The defendant however is unavailable for signature due to COVID-19, but grants his/her attorney permission to waive the hearing.


/s/ MARCO ANTONIO
VELACARDENAS
Defendant


Respectfully submitted,

DAVID WILLIS, P.C.
1534 E. 6th Street, Suite 201
Brownsville, Texas 78520
Ph:    956-986-2525
Fax:   956-986-2528


____/s/ David Willis_____
David Willis
State Bar No. 24039455
Fed. Bar. No. 36365


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below via ECF on this the 7th  day of May, 2020.

Karen Betancourt
Assistant United States Attorney
600 E. Harrison Street #201
Brownsville, Texas


_/s/ David Willis_____
Counsel for Defendant